# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2018

SEAN F. McAVOY, CLERK

RICHARD TODD KINKEADE,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 2:17-CV-170-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 13) is GRANTED. Defendant's Motion for Summary Judgment (ECF No. 14) is DENIED. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge John T. Rodgers on Motions for Summary Judgment (ECF Nos. 13 and 14).

Date: February 20, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb